NO. 07-11-00086-CR
 
 IN THE COURT OF APPEALS
 
 FOR THE SEVENTH DISTRICT OF TEXAS
 
 AT AMARILLO
 
 PANEL E
 
--------------------------------------------------------------------------------
JUNE 29, 2011
--------------------------------------------------------------------------------

 
 BRENDA LEE LEATHERWOOD, APPELLANT
 
 v.
 
 THE STATE OF TEXAS, APPELLEE 
--------------------------------------------------------------------------------

 
 FROM THE 194TH DISTRICT COURT OF DALLAS COUNTY;
 
 NO. F-0634407-M; HONORABLE ERNEST B. WHITE, JUDGE
--------------------------------------------------------------------------------

Before CAMPBELL and HANCOCK, JJ. and BOYD, S.J.

 MEMORANDUM OPINION
 
Counsel for appellant Brenda Lee Leatherman filed a motion to withdraw appeal. In a signed attachment, appellant states that she wishes to withdraw the appeal. We find the motion and attachment collectively meet the requirement of Rule of Appellate Procedure 42.2(a) that appellant and her attorney must sign a motion to dismiss the appeal. Tex. R. App. P. 42.2(a).

No decision of this court having been delivered to date, we grant the motion. Accordingly, the appeal is dismissed. No motion for rehearing will be entertained and our mandate will issue forthwith.

 James T. Campbell
 Justice
Do not publish.